ALBERT SHEFTMAN and Another, Appellants, v. SAMUEL MACHSON, Respondent, Impleaded with Another,— Order affirmed, with ten dollars costs and disburse-

ments. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.